**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**LIBERTARIAN PARTY OF MISSISSIPPI**                                                      **PLAINTIFF**

**v.**                                                                              **CIVIL CASE NO. 1:24-cv-37-TBM-RPM**

**JUSTIN WETZEL, in his official capacity as
the Clerk and Registrar of the Circuit Court
of Harrison County; TONI JO DIAZ, BECKY
PAYNE, BARBARA KIMBALL,
CHRISTENE BRICE, and CAROLYN
HANDLER, in their official capacities as
Members of the Harrison County Election
Commission; and MICHAEL WATSON, in
his official capacity as Mississippi's Secretary
of State**                                                                                **DEFENDANTS**

## ORDER OF RECUSAL

This matter comes before the Court *sua sponte*, pursuant to 28 U.S.C. § 455. The undersigned finds that there are certain grounds under 28 U.S.C. § 455 which require that he be disqualified from further participating in the above-captioned case.

IT IS THEREFORE ORDERED AND ADJUDGED that the undersigned hereby recuses himself from further participation in this case. The Clerk of Court is hereby directed to reassign this case to another Judge in accordance with this Court's practice and procedure.

THIS, the 8th day of February, 2024.


_s/ Taylor B. McNeel_____
UNITED STATES DISTRICT JUDGE