IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LIBERTARIAN PARTY OF MISSISSIPPI**                                                              **PLAINTIFF**

**VS.**                                                              **Civil Action No. 1:24-cv-00037-LG-RPM**

**JUSTIN WETZEL, in his official capacity
as the clerk and registrar of the Circuit Court of
Harrison County; TONI JO DIAZ, BECKY
PAYNE, BARBARA KIMBALL,
CHRISTENE BRICE, and CAROLYN
HANDLER, in their official capacities as
members of the Harrison County Election
Commission; and MICHAEL WATSON, in
his official Capacity as Mississippi's Secretary
of State**                                                                                    **DEFENDANTS**

# ORDER

THIS CAUSE having come before the Court on *Defendant Secretary of State Michael Watson's Unopposed [5] Motion to Exempt Defendant from Filing Answer to Plaintiffs' Complaint to Accommodate Parties' Anticipated Filing of Early Cross-Motions for Summary Judgment*, and the Court, finding that the Motion is unopposed, and otherwise being fully advised in the premises, finds that said motion is well taken and should be **GRANTED**.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendant Secretary of State Michael Watson's above-mentioned [5] Motion, be and the same hereby is **GRANTED**, and Defendant Michael Watson, in his official capacity as Secretary of State of Mississippi, is hereby exempted from filing an answer or other response to Plaintiffs' [1] Complaint by March 1, 2024, or otherwise, subject to further order of this Court regarding the prospective entry of a briefing schedule on the parties' anticipated cross-motions for summary judgment.

1

**SO ORDERED AND ADJUDGED**, this the 23rd day of February, 2024.

s/ *Louis Guirola, Jr.*

Louis Guirola, Jr.

United States District Judge