IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE; MISSISSIPPI REPUBLICAN PARTY; JAMES PERRY; and MATTHEW LAMB | PLAINTIFFS |
| v. | CAUSE NO. 1:24cv25-LG-RPM |
| JUSTIN WETZEL, in his official capacity as the clerk and register of the Circuit Court of Harrison County, et al. | DEFENDANTS |

*consolidated with*

| | |
|---|---|
| LIBERTARIAN PARTY OF MISSISSIPPI | PLAINTIFF |
| v. | CAUSE NO. 1:24cv37-LG-RPM |
| JUSTIN WETZEL, in his official capacity as the clerk and register of the Circuit Court of Harrison County, et al. | DEFENDANTS |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, this Court finds that there is no genuine dispute as to any material fact and the Defendants are entitled to judgment as a matter of law pursuant to Fed. R. Civ. P. 56.

**IT IS THEREFORE ORDERED AND ADJUDGED** that these consolidated lawsuits filed by Libertarian Party of Mississippi, Matthew Lamb, the Mississippi

Republican Party, James Perry, and the Republican National Committee are hereby

**DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 28th day of July, 2024.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE